AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X  ACTION          ☐ APPEAL | COURT NAME AND LOCATION<br>US District Court Middle District of Pennsylvania |
|---|---|
| DOCKET NO.              DATE FILED<br>   1:14-CV-167                01/31/14 | P.O. Box 983<br>Harrisburg, PA 17108 |
| PLAINTIFF<br> Malibu Media, LLC | DEFENDANT<br>   John Doe subscriber assigned IP address 98.117.1.34 |

|   | **COPYRIGHT** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|---|
| 1 | PA0001862419 | A Perfect Match | Malibu Media, LLC |
| 2 | PA0001867584 | Bohemian Rhapsody | Malibu Media, LLC |
| 3 | PA0001863248 | Come From Behind | Malibu Media, LLC |
| 4 | Pending | Creamy | Malibu Media, LLC |
| 5 | PA0001864689 | Date Night At Home | Malibu Media, LLC |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>          ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |   |
|---|---|---|
| **COPYRIGHT** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 |  |  |
| 2 |  |  |
| 3 | . |  |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br><br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br><br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br><br>   Gary Hollinger, Acting Clerk of Court | (BY) DEPUTY CLERK | DATE<br><br>02/03/14 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

|    | COPYRIGHT | TITLE | AUTHOR |
|----|-----------|-------|--------|
| 6  | PA1863112 | First and Forever | Malibu Media, LLC |
| 7  | PA0001843090 | Green Eyes | Malibu Media, LLC |
| 8  | PA0001866185 | Grow Up With Me | Malibu Media, LLC |
| 9  | PA0001865956 | In Charge | Malibu Media, LLC |
| 10 | PA0001852677 | Model Couple | Malibu Media, LLC |
| 11 | PA0001868094 | My Naughty Girl | Malibu Media, LLC |
| 12 | PA0001872968 | Ready for Love | Malibu Media, LLC |
| 13 | PA0001846095 | Snow White and the Prince | Malibu Media, LLC |
| 14 | PA0001872084 | So Right Its Wrong | Malibu Media, LLC |
| 15 | PA0001865603 | The Journey | Malibu Media, LLC |
| 16 | PA0001866049 | They Meet Again | Malibu Media, LLC |
| 17 | PA0001846099 | Truth or Dare | Malibu Media, LLC |
| 18 | PA0001859655 | Wonder Waltz | Malibu Media, LLC |